# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00666 |
| ) | |
| METROPOLITAN NASHVILLE AIRPORT ) | JUDGE CRENSHAW |
| AUTHORITY; and AECOM TECHNICAL ) | Magistrate Judge Newbern |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AECOM TECHNICAL SERVICES, INC.

Undersigned counsel, Gary C. Shockley and Caldwell G. Collins, hereby enter their appearance on behalf of Defendant AECOM Technical Services, Inc. ("AECOM"). AECOM specifically reserves all defenses.

Dated: August 24, 2020

Respectfully Submitted,

*/s/ Gary C. Shockley*
Gary C. Shockley (#10104)
Caldwell G. Collins (#28452)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street
Nashville, TN 37201
Direct: 615.726.5704
Facsimile: 615.744.5704
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Counsel for Defendant AECOM Technical Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the following counsel of record via the court's electronic service on August 24, 2020:

> L. Wearen Hughes
> J. Andrew Goddard
> Brian M. Dobbs
> Bass Berry & Sims PLC
> 150 3rd Ave. S., Suite 2800
> Nashville, Tennessee 37201
>
> *Counsel for Plaintiff*

*/s/ Gary C. Shockley*
Gary C. Shockley (#10104)