UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAIN NASVILLE AIRPORT AUTHORITY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00666<br><br>Chief Judge Waverly D. Crenshaw, Jr<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The motion is GRANTED. The initial case management conference is RESET for October 20, 2020, at 9:30 a.m. Counsel shall file a joint proposed initial case management order no later than three days before the conference. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge