IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| COLONIAL PIPELINE COMPANY, | ) | |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00666 |
| | ) | |
| METROPOLITAN NASHVILLE | ) | Judge Waverly D. Crenshaw, Jr. |
| AIRPORT AUTHORITY; and | ) | Magistrate Judge Alistair E. Newbern |
| AECOM TECHNICAL SERVICES, INC., | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

Paul S. Davidson, Edward Moye Callaway, and Michael C. Brett of the law firm Waller Lansden Dortch & Davis, LLP, hereby give notice of their appearance as counsel of record for Defendant Metropolitan Nashville Airport Authority. It is requested that all filings in this matter also be served upon the undersigned.

Respectfully submitted,

*s/ Paul S. Davidson*
Paul S. Davidson (TN BPR #011789)
Edward Moye Callaway (TN BPR #016016)
Michael C. Brett (TN BPR #037290)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: 615-244-6380
Email: paul.davidson@wallerlaw.com
Email: ed.callaway@wallerlaw.com
Email: mike.brett@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2020, a copy of the foregoing Notice of Appearance And Request For Service was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

L. Wearen Hughes
J. Andrew Goddard
Brian M. Dobbs
Bass, Berry & Sims PLC
150 3rd Avenue S., Suite 2800
Nashville, TN 37201
whughes@bassberry.com
dgoddard@bassberry.com
bdobbs@bassberry.como

*Attorneys for Plaintiff*


Gary C. Shockley
Baker Donelson
Baker Donelson Center
211 Commerce Street
Suite 800
Nashville, TN 37201
gshockley@bakerdonelson.com

*Attorneys for Defendant AECOM Technical Services, Inc.*

                                                      *s/ Paul S. Davidson*
                                                      Paul S. Davidson