| | |
|---|---|
| **From:** | agt_comm@irth.com |
| **To:** | Russell Shelton |
| **Subject:** | Ticket 190303602 - Response to Dig Request |
| **Date:** | Wednesday, January 30, 2019 9:18:39 AM |

================================================================================

To: TDOT  Attn: RUSSELL SHELTON
Voice: 6154408931  Fax:
Re: Response to Dig Request

This is an important message from Colonial Pipeline replying to your request to locate our underground facilities in an area described on the one call center ticket.

================================================================================

Ticket: 190303602
County: DAVIDSON  Place: NASHVILLE
Address: DONELSON PIKE

CP1:
  Colonial Pipeline has facilities near your work site and has marked them. We
  ask that if the scope of work changes from the original One Call ticket that
  you contact Colonial Pipeline. For Colonial Contact call 678-762-2487.

================================================================================

If you have any questions contact Colonial Pipeline. 1-800-926-2728

================================================================================

This message was generated by an automated system. Please do not reply to this email.