UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>METROPLITAIN NASHVILLE AIRPORT AUTHORITY, et al.,<br><br>    Defendant. | Case No. 3:20-cv-00666<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On October 5, 2020, Defendant Metropolitan Nashville Airport Authority filed a motion to partially dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 18.) Under Local Rule 7.01(a)(3), any response in opposition must be filed and served within fourteen days of service of the motion. M.D. Tenn. R. 7.01(a)(3) (response). An optional reply may be filed and served within seven days of service of a response. M.D. Tenn. R. 7.01(a)(4) (reply).

Any filings made related to the motion to partially dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Judge Campbell unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge