UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAIN NASHVILLE AIRPORT AUTHORITY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00666<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The Magistrate Judge held a case management conference with counsel for the parties in this matter on October 20, 2020. By agreement of the parties, and in consultation with Magistrate Judge Frensley, the Court will hold a combined initial case management conference in this case and in the related matter *Metropolitan Nashville Airport Authority v. Colonial Pipeline Company*, Case No. 3:20-cv-00809, on November 4, 2020, at 2:30 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

By November 3, 2020, the parties shall file a joint statement proposing a case management calendar and addressing what areas of these cases may proceed on a unified schedule and what should be treated separately. To the extent the parties do not agree on these issues, they shall state their individual positions.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge