EXHIBIT B



# COLONIAL
## PIPELINE COMPANY

# Pipeline Safety Information for Excavators



# Pipeline Safety is a Shared Responsibility

- Colonial is responsible for pipeline safety, but if you are digging near our lines, so are **YOU!**

- You are responsible for ensuring your actions do not damage the pipeline or risk the safety of your crews or members of the public.

- Colonial wants you to have the information you need to:

  - Take necessary precautions to avoid hitting the pipeline

  - Dig safely and be able to recognize a possible pipeline emergency

  - Know how to report any line hits or pipeline damage

.

2

# A Recent Example in TN



- In 2012, Colonial performed an in-line inspection of our 12-inch gasoline delivery line on Nashville Airport property.

- The data revealed a number of anomalies where no indications were present on previous tool runs.

- We immediately shut down the pipeline and began excavation.

3

# What We Found ...

The pipe was located approximately 3.5 feet underground, underneath some rip rap, which was part of a gravel road.

**Six separate dents that matched the teeth of a backhoe were found, one ~0.10 in depth.**



4

# What We Found …



- Airport construction records revealed that the work had taken place in 2006-2007.
- A private contractor was hired by the airport to install fiber optic cables, construct a building & a gravel road.

5

Case 3:20-cv-00666   Document 26-2   Filed 10/26/20   Page 5 of 12 PageID #: 200



# What Could Have Happened

- **This was a 12-inch gasoline pipeline, operated at 500-600 psi; highly flammable and potentially explosive if ruptured.**

- **Pipe was located approximately 100 yards from the end of a runway.**

- **Pipeline was in a highly traveled area of Nashville.**

- **A rupture or fire could have damaged aircraft, shut down traffic, and potentially risked hundreds of lives, *including the life of the backhoe operator.***

7

# This Could Have Been Prevented

- **The contactor performing the work did not call 811 and submit a locate ticket to have the line marked prior to excavation.**

- **The contractor covered over the damaged pipe and did not report it to Colonial or airport authorities.**

**COLONIAL**

# What Should Have Happened…



Know what's **below.**
**Call** before you dig.

- **Always Call 811 Before Digging**
- A call to 811 from any where in the U.S. connects you with your local One-Call Center, who will contact all other underground utilities to go to your dig site and mark the exact location of underground lines

9

# Safe Digging Requirements



- Don't assume you know where underground lines are located, even if you have dug in the same area before

- Can be changes in cover due to erosion, etc.; what was safe last time may have changed!

- Markers indicate a pipeline is buried underground, but do not show exact location or depth

10

# Safe Digging Requirements

- Once you have submitted a dig ticket through 811, wait the required time for all underground lines to be marked.

- **Arrange for a Colonial representative to be on site before digging near a Colonial pipeline.**

- Respect the marks and always dig with care.

- **If you are digging within 12 inches of a Colonial pipeline, use hand tools only.**



**COLONIAL**

11

# If You Hit a Colonial Line …

- If you do hit or damage a Colonial pipeline, immediately call **Colonial's emergency number at 1-800-926-2728.**

- Damage to pipeline coatings, gouges, dents, and nicks can compromise pipeline integrity and could cause a pipeline rupture sometime in the future



*Don't risk your life, your crew's life or that of the surrounding community by failing to report an excavation hit!*

12