UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY | ) |
| *Plaintiff/Counter-Defendant* | ) ) ) |
| v. | ) Case No. 3:20-cv-00666 ) ) |
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY; | ) Judge William L. Campbell, Jr. ) Magistrate Judge Alistair E. Newbern ) JURY DEMAND ) |
| *Defendant/Counterclaimant* | ) ) |
| AECOM TECHNICAL SERVICES, INC. | ) ) |
| *Defendant* | ) |

## JOINT MEDIATION REPORT

In accordance with the Court's January 12, 2021 Initial Case Management Order, which requires the parties to file a joint report regarding mediation by February 12, 2021, the parties report as follows:

1. The parties engaged Carlos A. González of The González Firm, LLC in Atlanta, Georgia to mediate this matter and Case No. 3:20-cv-00809.

2. In an effort to provide enough time for the parties to prepare to mediate and to accommodate the schedules of all those participating in the mediation, including those who are not parties to this case, three days during the week of February 22, 2021 have been reserved to mediate this matter.

3. In the meantime, all parties and Mr. González have been and are engaged in information exchanges and discussions regarding the process, logistics and issues involved in the mediation.

4. Discussions between the parties and Mr. González might continue for some period after the week of February 22, 2021, and the parties will report back to the Court by March 5, 2021 regarding the status of the mediation.

Respectfully submitted,

s/ *Brian M. Dobbs*
L. Wearen Hughes (BPR No. 5683)
J. Andrew Goddard (BPR No. 6299)
Brian M. Dobbs (BPR No. 25855)
Bass, Berry & Sims PLC
150 3rd Ave. S., Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
whughes@bassberry.com
dgoddard@bassberry.com
bdobbs@bassberry.com

*Attorneys for Plaintiff and Counter-Defendant Colonial Pipeline Company*

s/ *Paul S. Davidson*
Paul S. Davidson (BPR No. 011789)
Edward Callaway (BPR No. 016016)
Michael C. Brett (BPR No. 037290)
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8942
Facsimile: (615) 244-6804
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Defendant and Counter-Claimant Metropolitan Nashville Airport Authority*

s/ *Gary C. Shockley*  
Gary C. Shockley (BPR No. 10104)  
Caldwell G. Collins (BPR No. 28452)  
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC  
211 Commerce Street  
Nashville, TN 37201  
Telephone: (615) 726-5704  
Facsimile: (615) 744-5704  
gshockley@bakerdonelson.com  
cacollins@bakerdonelson.com  

*Attorneys for Defendant*  
*AECOM Technical Services, Inc.*

3

Case 3:20-cv-00666   Document 52   Filed 02/12/21   Page 3 of 4 PageID #: 451

# CERTIFICATE OF SERVICE

I certify that I filed this document electronically using the Court's electronic case management system, which will send notice to:

Paul S. Davidson
Edward Callaway
Michael C. Brett
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Defendant and Counter-Claimant
Metropolitan Nashville Airport Authority*

Gary C. Shockley
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street
Nashville, TN 37201
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for Defendant AECOM Technical Services, Inc.*

s/ *Brian M. Dobbs*