UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COLONIAL PIPELINE COMPANY | ) | |
| | ) | |
| *Plaintiff/Counter-Defendant* | ) | |
| | ) | Case No. 3:20-cv-00666 |
| v. | ) | |
| | ) | Judge William L. Campbell, Jr. |
| METROPOLITAN NASHVILLE AIRPORT | ) | Magistrate Judge Alistair E. Newbern |
| AUTHORITY; | ) | JURY DEMAND |
| | ) | |
| *Defendant/Counterclaimant* | ) | |
| | ) | |
| AECOM TECHNICAL SERVICES, INC. | ) | |
| | ) | |
| *Defendant* | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND CASE MANAGEMENT ORDER**

For the reasons set forth in the Motion to Amend Initial Case Management Order filed by Colonial Pipeline Company ("Colonial"), and good cause having been shown therefor,

IT IS ORDERED that the Case Management Order in this case is modified as follows:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint report on status of mediation | 3/19/21 | No change |
| Serve written discovery | 3/12/21 | **No deadline** |
| Amend or add parties | 3/31/21 | No change |
| Subsequent case management conference | 4/15/21 | **3/23/21 (to be held with the case management conference in Case No. 3:20-cv-00809)** |
| Complete all written discovery and depose all fact witnesses | 6/1/21 | **7/30/21** |
| File discovery motions | 6/15/21 | **8/13/21** |
| Plaintiff to identify and disclose all expert witnesses and expert reports | 7/30/21 | **9/30/21** |
| Defendant to identify and disclose all expert witnesses and expert reports | 9/1/21 | **28 days after Plaintiff's disclosure** |
| File dispositive motions | 9/7/21 | **11/5/21** |

| | | |
|---|---|---|
| Complete expert depositions | 11/1/21 | **28 days after Defendant disclosure** |

These amendments shall not affect the trial date in this case.

_____
William L. Campbell, Jr.
United States District Judge


SUBMITTED AND APPROVED FOR ENTRY:

s/ *Brian M. Dobbs*
L. Wearen Hughes (BPR No. 5683)
J. Andrew Goddard (BPR No. 6299)
Brian M. Dobbs (BPR No. 25855)
Bass, Berry & Sims PLC
150 3rd Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
whughes@bassberry.com
dgoddard@bassberry.com
bdobbs@bassberry.com

*Attorneys for Colonial Pipeline Company*

**CERTIFICATE OF SERVICE**

I certify that I filed this document electronically using the Court's electronic case management system, which will send notice to:

Paul S. Davidson
Edward Callaway
Michael C. Brett
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

Gary C. Shockley
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street
Nashville, TN 37201
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for AECOM Technical Services, Inc.*

s/ *Brian M. Dobbs*