UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>METROPOLITAN NASHVILLE AIRPORT AUTHORITY, et al.,<br><br>　　Defendants. | Case No. 3:20-cv-00666<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |
| COLONIAL PIPELINE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>METROPOLITAN NASHVILLE AIRPORT AUTHORITY, et al.,<br><br>　　Defendants. | Case No. 3:20-cv-00809<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The Magistrate Judge held a telephone conference with counsel for the parties on May 10, 2021, regarding discovery issues raised in the related matters. For the reasons discussed in the telephone conference, the Court ORDERS as follows:

In both actions, Plaintiff Colonial Pipeline Company shall include its in-house counsel as a custodian in upcoming ESI searches and production. By agreement, Colonial may use a shortened date range for this search and is not required to provide a privilege log recording communications between in-house and outside counsel. Defendant Metropolitan Nashville Airport Authority (MNAA) will include its in-house counsel as a custodian in its own ESI searches and

production. Counsel may negotiated a limited "test run" to determine if further amendments to the searches and production regarding in-house counsel are required.

In Case No. 3:20-cv-00809, Colonial shall provide a preliminary response to MNAA's Interrogatory No. 1(b) based upon its current knowledge and may supplement its response as discovery continues.

In Case No. 3:20-cv-00666, Colonial shall product the documents requested in MNAA's Requests for Production Nos. 23 and 24 in the normal course of document production.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge