# EXHIBIT 3
# TO DECLARATION OF PAUL S. DAVIDSON

# SUBMITTED TO JUDGE NEWBERN
# FOR *IN CAMERA* REVIEW