# EXHIBIT 4

| ID | Date | Tkpr | TKPR Name | Client | Matter | Action | Base Amt | Bill Num | Bill Date | Billed Amt | Status | Bs Hrs | Bl Hrs | Phase Code | Task Code | Narrative | Std Amt | ToBill Amt | ToBill Hrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 642355 | 1/30/2002 | 1134 | Mizell, Mike S. | 10538 | 11206 | DEF | $416.00 | 10163365 | 2/15/2002 | $416.00 | B | 2.6 | 2.6 | | | Review of | $416.00 | $416.00 | 2.6 |
| 625629 | 2/5/2002 | 1134 | Mizell, Mike S. | 10538 | 11206 | DEF | $464.00 | 10165441 | 3/13/2002 | $464.00 | B | 2.9 | 2.9 | | | Telephone | $464.00 | $464.00 | 2.9 |
| 625630 | 2/11/2002 | 1134 | Mizell, Mike S. | 10538 | 11206 | DEF | $304.00 | 10165441 | 3/13/2002 | $304.00 | B | 1.9 | 1.9 | | | Exchange c | $304.00 | $304.00 | 1.9 |
| 625631 | 2/13/2002 | 1134 | Mizell, Mike S. | 10538 | 11206 | DEF | $16.00 | 10165441 | 3/13/2002 | $16.00 | B | 0.1 | 0.1 | | | Left voice r | $16.00 | $16.00 | 0.1 |
| 642353 | 3/30/2001 | 100300 | Shechter, Leslie | 10538 | 11206 | DEF | $49.00 | 10163365 | 2/15/2002 | $49.00 | B | 0.2 | 0.2 | | | Telephone | $49.00 | $49.00 | 0.2 |
| 642354 | 1/21/2002 | 100300 | Shechter, Leslie | 10538 | 11206 | DEF | $49.00 | 10163365 | 2/15/2002 | $49.00 | B | 0.2 | 0.2 | | | Review e-n | $49.00 | $49.00 | 0.2 |