# EXHIBIT 5

Case 3:20-cv-00666   Document 83-5   Filed 06/10/21   Page 1 of 3 PageID #: 693

## WALLER LANSDEN DORTCH & DAVIS
A PROFESSIONAL LIMITED LIABILITY COMPANY
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2100
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
FEDERAL ID NO. 62-0479474

Colonial Pipeline Company  
Mr. Skip Morrison  
Colonial Pipeline Company  
945 East Paces Ferry Rd  
Atlanta, GA 30326-1125

February 15, 2002  
Invoice 10163365  
Page 1  
Bill Thru 01/31/02  
Billing Atty LFS  
010538-11206

---

Our Matter # 010538-11206

Airport Authority

| Date | Description | |
|---|---|---|
| 03/30/01 | Telephone call with T. Mock<br>L. Shechter | .20 hrs. |
| 01/21/02 | Review e-mail and respond<br>L. Shechter | .20 hrs. |
| 01/30/02 | Review of easements agreements re: airport location and relocation issues; follow up with L. Shechter re: same and suggestions for client<br>M. Mizell | 2.60 hrs. |

### Summary of Fees

| | Hours |
|---|---|
| L. Shechter | .40 |
| M. Mizell | 2.60 |
| TOTAL | 3.00 |

Total Fees for Professional Services .......... $ 514.00

FILE COPY

**WALLER LANSDEN DORTCH & DAVIS**
A PROFESSIONAL LIMITED LIABILITY COMPANY
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2100
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
FEDERAL ID NO. 62-0479474

Colonial Pipeline Company
Mr. Skip Morrison
Colonial Pipeline Company
945 East Paces Ferry Rd
Atlanta, GA 30326-1125

February 15, 2002
Invoice 10163365
Page 2
Bill thru 01/31/02
Billing atty LFS
010578-11206

Total This Bill .................................................. $ 514.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................... $ 514.00

FILE COPY