# EXHIBIT A
# TO DECLARATION OF
# PRESTON MORRISON

# SUBMITTED TO
# JUDGE NEWBERN
# FOR *IN CAMERA* REVIEW