UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN NASHVILLE AIRPORT AUTHORITY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00666<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The Magistrate Judge held a hearing in these related actions regarding Colonial Pipeline Company's motion to disqualify counsel for the Metropolitan Nashville Airport Authority (MNAA) and motion to stay discovery. For the reasons stated on the record in the hearing, the Court ORDERS as follows:

Colonial Pipeline's motion to stay discovery is GRANTED IN PART AND DENIED IN PART. The parties shall continue to produce responsive documents and may confer regarding setting depositions. MNAA's response to Colonial Pipeline's interrogatories and the taking of depositions are stayed pending resolution of the motion for disqualification.

A video hearing is set on June 22, 2021, at 11:00 a.m., regarding amendments to the case management calendar. By June 21, 2021, the parties shall file a joint statement of their proposed amendments.

The parties shall meet and confer with their mediator regarding resolution of the motion for disqualification by June 25, 2021.

At the conference on June 22, 2021, counsel shall be prepared to discuss whether an attorney-client relationship was formed between Colonial Pipeline and MNAA's counsel or Colonial Pipeline remained a prospective client as defined by Tennessee Rule of Professional Conduct 1.18(a). If the parties want the Court to review any documents relevant to this question in camera before the hearing, they shall provide the documents to the Magistrate Judge's chambers by June 21, 2021.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge