# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY )<br>)<br>*Plaintiff* )<br>)<br>) **Case No. 3:20-cv-00666**<br>v. )<br>) Judge William L. Campbell, Jr.<br>METROPOLITAN NASHVILLE ) Magistrate Judge Alistair E. Newbern<br>AIRPORT AUTHORITY; and ) JURY DEMAND<br>AECOM TECHNICAL SERVICES, INC. )<br>)<br>*Defendants* ) | |
| METROPOLITAN NASHVILLE )<br>AIRPORT AUTHORITY )<br>)<br>*Plaintiff* ) **Case No. 3:20-cv-00809**<br>)<br>v. ) Judge William L. Campbell, Jr.<br>) Magistrate Judge Alistair E. Newbern<br>COLONIAL PIPELINE COMPANY )<br>)<br>*Defendant* ) | |

## JOINT STATEMENT REGARDING
## DEPOSITION SCHEDULING AND CASE DEADLINES

In accordance with Court's August 16, 2021 Orders in the above-captioned cases (3:20-cv-00666, Doc. No. 104; 3:20-cv-00809. Doc. No. 80), the parties met and conferred in person on August 19, 2021, and MNAA and Colonial also met via Zoom on August 20, 2021, to attempt to set a schedule for the approximately 28 depositions identified to date in these matters; see the Parties' August 13, 2021 Joint Statement (3:20-cv-00666, Doc. No. 103; 3:20-cv-00809. Doc. No. 79).

Taking into account the schedules and availability of counsel, deponents, and corporate representatives who need to be present for certain depositions, counsel have identified dates for depositions of the individual fact witnesses identified to date, subject still to some witnesses' availability. See the joint calendar attached hereto as **Exhibit A** (entries in bold have been confirmed with counsel as well as witnesses). The parties will continue to work together to confirm the remaining deposition dates.

Issues the parties would like to discuss with the Court during the status conference on Monday, August 23, 2021, include the following:

- The case deadlines and trial dates in the above-captioned cases; and
- The order and timing of the parties' 30(b)(6) depositions.

RESPECTFULLY SUBMITTED BY:

/s/ *Jessalyn H. Zeigler*
Jessalyn H. Zeigler (BPR No. 16139)
Robert E. Cooper, Jr. (BPR No. 10934)
L. Wearen Hughes (BPR No. 5683)
Brian M. Dobbs (BPR No. 25855)
Bass, Berry & Sims PLC
150 3rd Ave. S., Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
jzeigler@bassberry.com
bob.cooper@bassberry.com
whughes@bassberry.com
bdobbs@bassberry.com

*Attorneys for Colonial Pipeline Company*

/s/ *Paul S. Davidson with permission*
Paul S. Davidson (BPR No. 011789)
Edward Callaway (BPR No. 016016)
Michael C. Brett (BPR No. 037290)
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8942
Facsimile: (615) 244-6804
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

/s/ *Caldwell G. Collins with permission*
Gary C. Shockley (BPR No. 10104)
Caldwell G. Collins (BPR No. 28452)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5704
Facsimile: (615) 744-5704
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for AECOM Technical Services, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I filed this document electronically on August 20, 2021 using the Court's electronic case management system, which will send notice to:

Paul S. Davidson
Edward Callaway
Michael C. Brett
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

Gary C. Shockley
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street
Nashville, TN 37201
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for AECOM Technical Services, Inc.*

                                      */s/ Jessalyn H. Zeigler*