# EXHIBIT A

Proposed Depo Dates
8/20/2021

**MNAA/COLONIAL/AECOM PROPOSED DATES FOR DEPOSITIONS**

| AUGUST 2021 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | TH | F | SA |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30<br>D. Jacobsen Prep Day | 31<br>**Dan Jacobsen (Colonial) Atlanta for MNAA / Zoom for AECOM** | | | | |

1

Proposed Depo Dates
8/20/2021

| | | | SEPTEMBER 2021 | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | TH | F | SA |
| | *D. Jacobsen Prep Day* | *Dan Jacobsen (Colonial) Atlanta for MNAA / Zoom for AECOM* | 1<br>Traci Holton (MNAA) Nashville | 2 | 3<br>David Gibbs (MNAA) Nashville | 4 |
| 5 | 6<br>LABOR DAY | 7<br>Russell Shelton (TDOT) Nashville | 8<br>Shane Hester (TDOT) Nashville | 9<br>I. Rodrigues Prep Day | 10<br>Igor Rodrigues (Colonial) Atlanta | 11 |
| 12 | 13<br>GS OUT THIS WEEK | 14 GS Out<br>Frederick Miller Depo (TDOT) Nashville<br>(CC has hard stop at 4:00) | 15<br>GS, CC Out | 16<br>GS, CC, JZ Out | 17<br>GS, CC, JZ Out | 18 |
| 19 | 20<br>Karen Hughes (TDOT) Knoxville<br><br>(not confirmed with Witness) | 21<br>GS Out | 22<br>Cody Mitchell Depo (AECOM) Nashville<br>(not confirmed with witness) | 23<br>JZ Out | 24<br>JZ, GS Out | 25 |
| 26 | 27<br>BD Out<br><br>Jim Avioli Prep Day | 28<br>GS Out<br>Jim Avioli Depo (Colonial) Roundtop,TX (subject to AECOM issue) | 29<br>Jim Morinec AECOM Nashville (not confirmed with witness) | 30<br>PD Out<br>Kleinfelder's Fleming or Sanders (checking with Kleinfelder's counsel) | | |

2

Proposed Depo Dates
8/20/2021

| | | | OCTOBER 2021 | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | TH | F | SA |
| | | | | | 1<br>Don Pozin Prep<br>Atlanta | 2 |
| 3 | 4<br>**Don Pozin**<br>**MNAA**<br>**Atlanta** | 5<br>GS, CC Out | 6<br>BBS OUT | 7<br>BBS OUT | 8<br>JZ Out<br>Gresham Depo<br>(not confirmed) | 9 |
| 10 | 11<br>Prep for White or Strickland | 12<br>Chris White (Baton Rouge) or Donald Strickland (Tuscaloosa)<br>(not confirmed) | 13<br>Atkins Depo<br>(not confirmed) | 14<br>JZ Out<br>Perry Sisk Prep | 15<br>JZ Out<br>**Perry Sisk Depo**<br>**(Colonial)**<br>**Atlanta** | 16 |
| 17 | 18<br>CC out | 19<br>CC and GS out<br><br>Prep for White or Strickland | 20<br>Chris White (Baton Rouge) or Donald Strickland (Tuscaloosa)<br>(not confirmed) | 21<br>CC out<br><br>Olay Depo Prep | 22<br>**Olay Saysanavong**<br>**Depo**<br>**(Colonial)**<br>**Atlanta** | 23 |
| 24<br>Kevin Raley Depo Prep | 25<br>**BMD Out**<br>**Kevin Raley Depo**<br>**(Colonial)**<br>**Atlanta** | 26<br>Carla Pinckney Depo Prep | 27<br>Carla Pinckney (Colonial)<br>Atlanta<br>(not confirmed with witness) | 28<br>CC Out<br>Ken Whatley (MNAA)<br><br>(not confirmed with witness) | 29<br>CC Out<br>Michael Fulghum Depo (MNAA)<br>Nashville<br>(not confirmed with witness) | 30 |

3

Proposed Depo Dates
8/20/2021

| | | | NOVEMBER 2021 | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | TH | F | SA |
| | 1<br>CC out | 2<br>MNAA 30(b)(6)<br>Nashville | 3<br>MNAA 30(b)(6)<br>Nashville | 4<br>JZ Out | 5<br>CC out, JZ Out | 6 |
| 7 | 8<br>Colonial 30(b)(6)<br>Atlanta | 9<br>Colonial 30(b)(6)<br>Atlanta | 10 | 11<br>AECOM 30(b)(6)<br>Nashville | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

NOTE: MNAA DOES NOT AGREE TO SCHEDULING THE 30(B)(6) DEPOSITIONS IN NOVEMBER; THIS ISSUE REMAINS FOR DISCUSSION WITH THE COURT

31329011.6

4