UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY, | |
| Plaintiff, | Case No. 3:20-cv-00666 |
| v. | Judge William L. Campbell, Jr. |
| | Magistrate Judge Alistair E. Newbern |
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY, et al., | |
| Defendants. | |

## **ORDER.**

The Magistrate Judge held a videoconference with counsel for the parties regarding proposed extensions of certain case management deadlines. By agreement of counsel, the case management deadlines are EXTENDED as follows:

| | |
|---|---|
| Completion of fact discovery: | December 15, 2021 |
| Filing of discovery motions: | December 22, 2021 |
| Plaintiff's expert disclosures: | November 29, 2021 |
| Defendant's expert disclosures: | January 6, 2022 |
| Completion of expert depositions: | February 1, 2022 |
| Filing of dispositive motions: | March 1, 2022 |
| AMENDED TARGET TRIAL DATE: | June 14, 2022 |

Counsel are finalizing a coordinated deposition calendar in this action and the related action, Case No. 3:20-cv-00809. When counsel have finalized the deposition schedule, they shall file the calendar with the Court. The calendar will not be amended except for good cause shown.

A case management conference is set on October 14, 2021, at 11:00 a.m. and will be held by video. Counsel shall file a joint statement of any issues to be discussed in the conference by October 13, 2021.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge