UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN NASHVILLE AIRPORT AUTHORITY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00666<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

A videoconference with the Magistrate Judge is set on September 10, 2021 at 12:00 p.m. Counsel shall file a joint statement of the discovery dispute by no later than September 8, 2021. The statement shall clearly identify each issue to be discussed and include the subject request and response. Each party's position statement shall be no longer than three pages per issue raised.

It is so ORDERED.

*[signature]*
ALISTAIR E. NEWBERN
United States Magistrate Judge