| Control Number | RecordType | SubjectTitle | Email From | Email To | Email CC | Email BCC | Filename | Custodian | Author | DateSent | TimeSent | DateReceived | TimeReceived | BBS_Privileged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KLEIN0000076 | Message | CPC Legal Request for Information - TN-MNAA/TDOT Donelson Pike | "Jacobsen, Dan" <djacobsen@colpipe.com> | Jeff Crisp <JCrisp@kleinfelder.com>; 'Andrew Fleming'<AFleming@kleinfelder.com>; Claudia Quezada <CQuezada@kleinfelder.com> | "Jacobsen, Dan" <djacobsen@colpipe.com> | | CPC Legal Request for Information - TN-MNAATDOT Donelson Pike.msg | Kleinfelder | | 7/15/2019 | 11:54:23 AM | 7/15/2019 | 11:54:25 AM | Attorney Work Product |
| KLEIN0000682 | Message | Analysis Performed at Request of the Direction of Counsel - Donelson Pike route comparison | "Andrew Fleming" <AFleming@kleinfelder.com> | "Blackwood, Meg" <mblackwood@colpipe.com> | LBermudez@colpipe.com; "Seth Sanders" <SDSanders@Kleinfelder.com>; "Pozin, Don" <DPozin@colpipe.com> | | Analysis Performed at Request of the Direction of Counsel - Donelson Pik... (40.7 KB) | Kleinfelder | | 11/11/2020 | 10:48:19 AM | 11/11/2020 | 10:48:19 AM | Attorney Work Product |
| KLEIN0000923 | Message | Donelson schedule changes | "Andrew Fleming" <AFleming@kleinfelder.com> | "Carol Topping" <CTopping@kleinfelder.com> | "Seth Sanders" <SDSanders@Kleinfelder.com> | | Donelson schedule changes (1.08 MB) | Kleinfelder | | 1/4/2021 | 5:03:55 PM | 1/4/2021 | 5:03:55 PM | Attorney Work Product |
| KLEIN0000925 | Message | TN MNAA Donelson "Option 1" HDD | "John Norwood" <JNorwood@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | TN MNAA Donelson "Option 1" HDD (2.24 MB) | Kleinfelder | | 1/4/2021 | 5:30:17 PM | 1/4/2021 | 5:30:17 PM | Attorney Work Product |
| KLEIN0000929 | Message | RE: Donelson schedule changes | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | "Seth Sanders" <SDSanders@Kleinfelder.com> | | Donelson schedule changes (685 KB) | Kleinfelder | | 1/5/2021 | 6:48:03 AM | 1/5/2021 | 6:48:04 AM | Attorney Work Product |
| KLEIN0000931 | Message | Donelson project dates | "Andrew Fleming" <AFleming@kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com> | "Seth Sanders" <SDSanders@Kleinfelder.com> | | Donelson project dates (1.95 MB) | Kleinfelder | | 1/5/2021 | 8:18:42 AM | 1/5/2021 | 8:18:42 AM | Attorney Work Product |
| KLEIN0000963 | Message | FW: Colonial/Airport map - route pre-line strike? | "Pozin, Don" <DPozin@colpipe.com> | Andrew Fleming <AFleming@kleinfelder.com> | | | Airport map - route pre-line strike? (4.20 MB) | Kleinfelder | | 1/8/2021 | 1:04:27 PM | 1/8/2021 | 1:04:39 PM | Attorney Work Product |
| KLEIN0000966 | Message | RE: Colonial/Airport map - route pre-line strike? | "Andrew Fleming" <AFleming@kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com> | | | Airport map - route pre-line strike? (18.0 MB) | Kleinfelder | | 1/8/2021 | 1:32:04 PM | 1/8/2021 | 1:32:04 PM | Attorney Work Product |
| KLEIN0000975 | Message | RE: Colonial/Airport map - route pre-line strike? | "Andrew Fleming" <AFleming@kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com> | | | Airport map - route pre-line strike? (28.8 KB) | Kleinfelder | | 1/8/2021 | 1:49:29 PM | 1/8/2021 | 1:49:29 PM | Attorney Work Product |
| KLEIN0000988 | Message | Donelson 2018/2019 forensics... | "Andrew Fleming" <AFleming@kleinfelder.com> | "John Jordan" <JJordan@kleinfelder.com>; "Jake Huber" <JAHuber@kleinfelder.com>; "Seth Sanders" <SDSanders@Kleinfelder.com>; "John Norwood" <JNorwood@kleinfelder.com>; "Jeff Crisp" <JCrisp@kleinfelder.com> | | | 2019 forensics... (28.8 KB) | Kleinfelder | | 1/11/2021 | 2:16:52 PM | 1/11/2021 | 2:16:52 PM | Attorney Work Product |
| KLEIN0001003 | Message | Donelson cost estimate | "Andrew Fleming" <AFleming@kleinfelder.com> | "John Norwood" <JNorwood@kleinfelder.com> | "Seth Sanders" <SDSanders@Kleinfelder.com> | | Donelson cost estimate (28.2 KB) | Kleinfelder | | 1/12/2021 | 4:35:31 PM | 1/12/2021 | 4:35:32 PM | Attorney Work Product |
| KLEIN0001006 | Message | Donelson - Cost Estimate | "Seth Sanders" <SDSanders@Kleinfelder.com> | "John Norwood" <JNorwood@kleinfelder.com>; "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson - Cost Estimate (59.5 KB) | Kleinfelder | | 1/13/2021 | 9:07:24 AM | 1/13/2021 | 9:07:24 AM | Attorney Work Product |
| KLEIN0001022 | Message | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Andrew Fleming" <AFleming@kleinfelder.com> | "Angelini, Julie" <JAngelini@colpipe.com>; dgoddard@bassberry.com; "Blackwood, Meg" <mblackwood@colpipe.com> | "Seth Sanders" <SDSanders@Kleinfelder.com>; "Pozin, Don" <DPozin@colpipe.com> | | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (3.58 MB) | Kleinfelder | | 1/13/2021 | 4:44:24 PM | 1/13/2021 | 4:44:24 PM | Attorney Work Product |
| KLEIN0001041 | Message | FW: COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Andrew Fleming" <AFleming@kleinfelder.com> | "John Norwood" <JNorwood@kleinfelder.com> | | | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (3.58 MB) | Kleinfelder | | 1/15/2021 | 10:15:05 AM | 1/15/2021 | 10:15:05 AM | Attorney Work Product |
| KLEIN0001058 | Message | Donelson attny request - schedule and cost comparison | "Andrew Fleming" <AFleming@kleinfelder.com> | "Seth Sanders" <SDSanders@Kleinfelder.com>; "Carol Topping" <CTopping@kleinfelder.com> | "John Norwood" <JNorwood@kleinfelder.com> | | Donelson attny request - schedule and cost comparison (27.5 KB) | Kleinfelder | | 1/20/2021 | 6:00:56 PM | 1/20/2021 | 6:00:57 PM | Attorney Work Product |
| KLEIN0001059 | Message | Tentative: Donelson attny request - schedule and cost comparison | "John Norwood" <JNorwood@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson attny request - schedule and cost comparison (13.9 KB) | Kleinfelder | | 1/20/2021 | 6:01:26 PM | 1/20/2021 | 6:01:26 PM | Attorney Work Product |
| KLEIN0001060 | Message | Accepted: Donelson attny request - schedule and cost comparison | "Seth Sanders" <SDSanders@Kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson attny request - schedule and cost comparison (13.8 KB) | Kleinfelder | | 1/20/2021 | 6:05:24 PM | 1/20/2021 | 6:05:24 PM | Attorney Work Product |
| KLEIN0001061 | Message | Accepted: Donelson attny request - schedule and cost comparison | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson attny request - schedule and cost comparison (14.0 KB) | Kleinfelder | | 1/20/2021 | 7:37:43 PM | 1/20/2021 | 7:37:44 PM | Attorney Work Product |
| KLEIN0001062 | Message | Donelson major activities | "Andrew Fleming" <AFleming@kleinfelder.com> | "Carol Topping" <CTopping@kleinfelder.com> | | | Donelson major activities (27.9 KB) | Kleinfelder | | 1/21/2021 | 10:58:28 AM | 1/21/2021 | 10:58:28 AM | Attorney Work Product |
| KLEIN0001063 | Message | Donelson schedule follow up | "Andrew Fleming" <AFleming@kleinfelder.com> | "Carol Topping" <CTopping@kleinfelder.com> | | | Donelson schedule follow up (26.9 KB) | Kleinfelder | | 1/21/2021 | 11:03:27 AM | 1/21/2021 | 11:03:27 AM | Attorney Work Product |
| KLEIN0001064 | Message | Accepted: Donelson schedule follow up | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson schedule follow up (15.1 KB) | Kleinfelder | | 1/21/2021 | 11:18:43 AM | 1/21/2021 | 11:18:44 AM | Attorney Work Product |
| KLEIN0001067 | Message | RE: Donelson major activities | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson major activities (386 KB) | Kleinfelder | | 1/21/2021 | 11:26:38 AM | 1/21/2021 | 11:26:38 AM | Attorney Work Product |
| KLEIN0001071 | Message | RE: Donelson major activities | "Andrew Fleming" <AFleming@kleinfelder.com> | "Carol Topping" <CTopping@kleinfelder.com> | | | Donelson major activities (325 KB) | Kleinfelder | | 1/21/2021 | 7:28:11 PM | 1/21/2021 | 7:28:12 PM | Attorney Work Product |
| KLEIN0001073 | Message | RE: COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Goddard, Drew" <DGoddard@bassberry.com> | Andrew Fleming <AFleming@kleinfelder.com> | | | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (76.9 KB) | Kleinfelder | | 1/21/2021 | 7:37:24 PM | 1/21/2021 | 7:37:29 PM | Attorney Work Product |
| KLEIN0001074 | Message | FW: COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Andrew Fleming" <AFleming@kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com> | "Seth Sanders" <SDSanders@Kleinfelder.com> | | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (78.2 KB) | Kleinfelder | | 1/22/2021 | 7:26:21 AM | 1/22/2021 | 7:26:21 AM | Attorney Work Product |
| KLEIN0001075 | Message | RE: Donelson major activities | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson major activities (415 KB) | Kleinfelder | | 1/22/2021 | 7:47:27 AM | 1/22/2021 | 7:47:28 AM | Attorney Work Product |
| KLEIN0001077 | Message | RE: Donelson major activities | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson major activities (404 KB) | Kleinfelder | | 1/22/2021 | 8:25:19 AM | 1/22/2021 | 8:25:20 AM | Attorney Work Product |
| KLEIN0001079 | Message | RE: COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Pozin, Don" <DPozin@colpipe.com> | Andrew Fleming <AFleming@kleinfelder.com> | Seth Sanders <SDSanders@Kleinfelder.com> | | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (93.4 KB) | Kleinfelder | | 1/22/2021 | 8:33:16 AM | 1/22/2021 | 8:33:22 AM | Attorney Work Product |
| KLEIN0001080 | Message | FW: Donelson major activities | "Andrew Fleming" <AFleming@kleinfelder.com> | "Jeff Crisp" <JCrisp@kleinfelder.com>; "Seth Sanders" <SDSanders@Kleinfelder.com> | | | Donelson major activities (404 KB) | Kleinfelder | | 1/22/2021 | 8:53:20 AM | 1/22/2021 | 8:53:21 AM | Attorney Work Product |
| KLEIN0001082 | Message | RE: Donelson major activities | "Seth Sanders" <SDSanders@Kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | "Jeff Crisp" <JCrisp@kleinfelder.com> | | Donelson major activities (76.0 KB) | Kleinfelder | | 1/22/2021 | 10:26:53 AM | 1/22/2021 | 10:26:53 AM | Attorney Work Product |
| KLEIN0001083 | Message | RE: Donelson major activities | "Andrew Fleming" <AFleming@kleinfelder.com> | "Jeff Crisp" <JCrisp@kleinfelder.com>; "Seth Sanders" <SDSanders@Kleinfelder.com> | | | Donelson major activities (79.7 KB) | Kleinfelder | | 1/22/2021 | 11:09:51 AM | 1/22/2021 | 11:09:51 AM | Attorney Work Product |
| KLEIN0001084 | Message | RE: Donelson major activities | "Andrew Fleming" <AFleming@kleinfelder.com> | "Carol Topping" <CTopping@kleinfelder.com> | | | Donelson major activities (337 KB) | Kleinfelder | | 1/22/2021 | 11:33:31 AM | 1/22/2021 | 11:33:31 AM | Attorney Work Product |
| KLEIN0001086 | Message | RE: Donelson major activities | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson major activities (407 KB) | Kleinfelder | | 1/22/2021 | 2:42:34 PM | 1/22/2021 | 2:42:35 PM | Attorney Work Product |
| KLEIN0001088 | Message | RE: Donelson major activities | "Carol Topping" <CTopping@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson major activities (406 KB) | Kleinfelder | | 1/22/2021 | 3:03:32 PM | 1/22/2021 | 3:03:32 PM | Attorney Work Product |
| KLEIN0001090 | Message | PROJECT SCHEDULE PERFORMED AT THE DIRECTION OF COUNSEL | "Andrew Fleming" <AFleming@kleinfelder.com> | "Angelini, Julie" <JAngelini@colpipe.com>; dgoddard@bassberry.com; "Blackwood, Meg" <mblackwood@colpipe.com> | "Seth Sanders" <SDSanders@Kleinfelder.com>; "Pozin, Don" <DPozin@colpipe.com> | | PROJECT SCHEDULE PERFORMED AT THE DIRECTION OF COUNSEL (448 KB) | Kleinfelder | | 1/22/2021 | 3:05:39 PM | 1/22/2021 | 3:05:40 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001146 | Message | FW: lines outside easement | "Pozin, Don" <DPozin@colpipe.com> | Andrew Fleming <AFleming@kleinfelder.com>; "Angelini, Julie"<JAngelini@colpipe.com> | | | lines outside easement (1.16 MB) | Kleinfelder | | 2/5/2021 | 8:30:38 AM | 2/5/2021 | 8:30:51 AM | Attorney Work Product |
| KLEIN0001149 | Message | FW: Nashville | "Pozin, Don" <DPozin@colpipe.com> | Andrew Fleming <AFleming@kleinfelder.com>; "Angelini, Julie"<JAngelini@colpipe.com> | | | Nashville (215 KB) | Kleinfelder | | 2/5/2021 | 9:08:43 AM | 2/5/2021 | 9:08:52 AM | Attorney Work Product |
| KLEIN0001151 | Message | RE: lines outside easement | "Angelini, Julie" <JAngelini@colpipe.com> | "Pozin, Don" <DPozin@colpipe.com>; Andrew Fleming<AFleming@kleinfelder.com> | | | lines outside easement (44.8 KB) | Kleinfelder | | 2/5/2021 | 8:31:53 AM | 2/5/2021 | 8:31:58 AM | Attorney Work Product |
| KLEIN0001155 | Message | Donelson | "Andrew Fleming" <AFleming@kleinfelder.com> | "Edson DeJesus" <EDeJesus@Kleinfelder.com> | | | Donelson (1.73 MB) | Kleinfelder | | 2/5/2021 | 11:31:38 AM | 2/5/2021 | 11:31:39 AM | Attorney Work Product |
| KLEIN0001165 | Message | RE: Donelson | "Edson DeJesus" <EDeJesus@Kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson (4.86 MB) | Kleinfelder | | 2/5/2021 | 3:03:51 PM | 2/5/2021 | 3:03:51 PM | Attorney Work Product |
| KLEIN0001167 | Message | Fwd: Donelson | "Andrew Fleming" <AFleming@kleinfelder.com> | "Seth Sanders" <SDSanders@Kleinfelder.com> | | | Donelson (4.85 MB) | Kleinfelder | | 2/5/2021 | 3:20:15 PM | 2/5/2021 | 3:20:16 PM | Attorney Work Product |
| KLEIN0001169 | Message | RE: EASEMENT COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Goddard, Drew" <DGoddard@bassberry.com> | Andrew Fleming <AFleming@kleinfelder.com> | Seth Sanders <SDSanders@Kleinfelder.com>; "Pozin, Don"<DPozin@colpipe.com> | | EASEMENT COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (42.8 KB) | Kleinfelder | | 2/5/2021 | 5:48:50 PM | 2/5/2021 | 5:48:54 PM | Attorney-Client Communication |
| KLEIN0001171 | Message | Re: EASEMENT COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Andrew Fleming" <AFleming@kleinfelder.com> | "Goddard, Drew" <DGoddard@bassberry.com> | "Pozin, Don" <DPozin@colpipe.com>; "Seth Sanders" <SDSanders@Kleinfelder.com> | | EASEMENT COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (45.6 KB) | Kleinfelder | | 2/5/2021 | 6:07:10 PM | 2/5/2021 | 6:07:10 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001179 | Message | Donelson property extent review - urgent request from attnys | "Andrew Fleming" <AFleming@kleinfelder.com> | "Edson DeJesus" <EDeJesus@Kleinfelder.com>; "Jake Huber" <JAHuber@kleinfelder.com> | "John Jordan" <JJordan@kleinfelder.com>; "Seth Sanders" <SDSanders@Kleinfelder.com> | | Donelson property extent review - urgent request from attnys (30.4 KB) | Kleinfelder | | 2/9/2021 | 5:04:28 PM | 2/9/2021 | 5:04:28 PM | Attorney Work Product |
| KLEIN0001180 | Message | Accepted: Donelson property extent review - urgent request from attnys | "Seth Sanders" <SDSanders@Kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | Donelson property extent review - urgent request from attnys (14.8 KB) | Kleinfelder | | 2/9/2021 | 5:24:29 PM | 2/9/2021 | 5:24:29 PM | Attorney Work Product |
| KLEIN0001194 | Message | TN Donelson - Property Owners | "Jake Huber" <JAHuber@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | "Edson DeJesus" <EDeJesus@Kleinfelder.com> | | TN Donelson - Property Owners (73.7 KB) | Kleinfelder | | 2/10/2021 | 1:42:25 PM | 2/10/2021 | 1:42:25 PM | Attorney Work Product |
| KLEIN0001196 | Message | RE: TN Donelson - Property Owners | "Andrew Fleming" <AFleming@kleinfelder.com> | "Jake Huber" <JAHuber@kleinfelder.com> | "Edson DeJesus" <EDeJesus@Kleinfelder.com> | | TN Donelson - Property Owners (57.9 KB) | Kleinfelder | | 2/10/2021 | 2:13:25 PM | 2/10/2021 | 2:13:25 PM | Attorney Work Product |
| KLEIN0001197 | Message | RE: TN Donelson - Property Owners | "Jake Huber" <JAHuber@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | "Edson DeJesus" <EDeJesus@Kleinfelder.com> | | TN Donelson - Property Owners (62.0 KB) | Kleinfelder | | 2/10/2021 | 2:42:08 PM | 2/10/2021 | 2:42:08 PM | Attorney Work Product |
| KLEIN0001198 | Message | RE: TN Donelson - Property Owners | "Jake Huber" <JAHuber@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | "Edson DeJesus" <EDeJesus@Kleinfelder.com> | | TN Donelson - Property Owners (1.66 MB) | Kleinfelder | | 2/10/2021 | 5:41:14 PM | 2/10/2021 | 5:41:15 PM | Attorney Work Product |
| KLEIN0001200 | Message | PROPERTY CROSSING MAPPING PERFORMED AT THE DIRECTION OF COUNSEL | "Andrew Fleming" <AFleming@kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com> | "Jake Huber" <JAHuber@kleinfelder.com>; "Seth Sanders" <SDSanders@Kleinfelder.com> | | PROPERTY CROSSING MAPPING PERFORMED AT THE DIRECTION OF COUNSEL (1.64 MB) | Kleinfelder | | 2/10/2021 | 6:16:25 PM | 2/10/2021 | 6:16:26 PM | Attorney Work Product |
| KLEIN0001203 | Message | PROPERTY CROSSING MAPPING PERFORMED AT THE DIRECTION OF COUNSEL | "Andrew Fleming" <AFleming@kleinfelder.com> | "Angelini, Julie" <JAngelini@colpipe.com> | "Pozin, Don" <DPozin@colpipe.com> | | PROPERTY CROSSING MAPPING PERFORMED AT THE DIRECTION OF COUNSEL (1.65 MB) | Kleinfelder | | 2/11/2021 | 10:35:42 AM | 2/11/2021 | 10:35:42 AM | Attorney Work Product |
| KLEIN0001206 | Message | RE: PROPERTY CROSSING MAPPING PERFORMED AT THE DIRECTION OF COUNSEL | "Angelini, Julie" <JAngelini@colpipe.com> | Andrew Fleming <AFleming@kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com> | | PROPERTY CROSSING MAPPING PERFORMED AT THE DIRECTION OF COUNSEL (41.1 KB) | Kleinfelder | | 2/11/2021 | 10:41:00 AM | 2/11/2021 | 10:41:03 AM | Attorney Work Product |
| KLEIN0001259 | Message | RE: EASEMENT COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Seth Sanders" <SDSanders@Kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com>; "Andrew Fleming" <AFleming@kleinfelder.com> | | | EASEMENT COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (5.99 MB) | Kleinfelder | | 2/18/2021 | 1:47:55 PM | 2/18/2021 | 1:47:56 PM | Attorney Work Product |
| KLEIN0001351 | Message | RE: Call re Atkins Subpoena | "Dobbs, Brian M." <BDobbs@bassberry.com> | "Pozin, Don" <DPozin@colpipe.com>; "AFleming@kleinfelder.com"<AFleming@kleinfelder.com> | "Hughes, Wearen" <WHughes@bassberry.com>; "Goddard, Drew"<DGoddard@bassberry.com> | | Call re Atkins Subpoena (74.6 KB) | Kleinfelder | | 3/1/2021 | 8:41:29 AM | 3/1/2021 | 8:41:35 AM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001356 | Message | Contact Info | "Dobbs, Brian M." <BDobbs@bassberry.com> | "AFleming@kleinfelder.com" <AFleming@kleinfelder.com> | | | Contact Info (42.0 KB) | Kleinfelder | | 3/1/2021 | 11:09:25 AM | 3/1/2021 | 11:09:29 AM | Attorney Work Product |
| KLEIN0001371 | Message | RE: COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Goddard, Drew" <DGoddard@bassberry.com> | "Pozin, Don" <DPozin@colpipe.com>; Andrew Fleming<AFleming@kleinfelder.com>; "Angelini, Julie" <JAngelini@colpipe.com> | Seth Sanders <SDSanders@Kleinfelder.com> | | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (67.2 KB) | Kleinfelder | | 3/3/2021 | 3:56:46 PM | 3/3/2021 | 3:56:52 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001372 | Message | RE: COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL | "Angelini, Julie" <JAngelini@colpipe.com> | "Goddard, Drew" <DGoddard@bassberry.com>; "Pozin, Don"<DPozin@colpipe.com>; Andrew Fleming <AFleming@kleinfelder.com> | Seth Sanders <SDSanders@Kleinfelder.com> | | COST COMPARISON PERFORMED AT THE DIRECTION OF COUNSEL (74.1 KB) | Kleinfelder | | 3/3/2021 | 3:59:38 PM | 3/3/2021 | 3:59:44 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001373 | Message | Nashville Follow Up | "Angelini, Julie" <JAngelini@colpipe.com> | "Pozin, Don" <DPozin@colpipe.com>; "dgoddard@bassberry.com"<dgoddard@bassberry.com>; Andrew Fleming <AFleming@kleinfelder.com> | | | Nashville Follow Up (58.8 KB) | Kleinfelder | | 3/3/2021 | 4:26:39 PM | 3/3/2021 | 4:26:43 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001394 | Message | Nashville Relo - Appraise Stage DSP | "Angelini, Julie" <JAngelini@colpipe.com> | "Pozin, Don" <DPozin@colpipe.com>; Andrew Fleming<AFleming@kleinfelder.com> | | | Nashville Relo - Appraise Stage DSP (104 KB) | Kleinfelder | | 3/9/2021 | 11:59:08 AM | 3/9/2021 | 12:00:32 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001396 | Message | RE: Nashville Relo - Appraise Stage DSP | "Pozin, Don" <DPozin@colpipe.com> | "Angelini, Julie" <JAngelini@colpipe.com>; Andrew Fleming<AFleming@kleinfelder.com> | | | Nashville Relo - Appraise Stage DSP (723 KB) | Kleinfelder | | 3/9/2021 | 12:30:39 PM | 3/9/2021 | 12:30:43 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001400 | Message | RE: Nashville Relo - Appraise Stage DSP | "Angelini, Julie" <JAngelini@colpipe.com> | "Pozin, Don" <DPozin@colpipe.com>; Andrew Fleming<AFleming@kleinfelder.com> | | | Nashville Relo - Appraise Stage DSP (60.7 KB) | Kleinfelder | | 3/9/2021 | 12:34:46 PM | 3/9/2021 | 12:34:50 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001401 | Message | RE: Nashville Relo - Appraise Stage DSP | "Angelini, Julie" <JAngelini@colpipe.com> | Andrew Fleming <AFleming@kleinfelder.com>; "Pozin, Don"<DPozin@colpipe.com> | | | Nashville Relo - Appraise Stage DSP (92.7 KB) | Kleinfelder | | 3/9/2021 | 2:53:17 PM | 3/9/2021 | 2:53:29 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0001402 | Message | RE: Nashville Relo - Appraise Stage DSP | "Andrew Fleming" <AFleming@kleinfelder.com> | "Pozin, Don" <DPozin@colpipe.com>; "Angelini, Julie" <JAngelini@colpipe.com> | | | Nashville Relo - Appraise Stage DSP (79.2 KB) | Kleinfelder | | 3/9/2021 | 2:42:07 PM | 3/9/2021 | 2:42:07 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0007967 | Message | Cost estimate request at the direction of Counsel | "Pozin, Don" <DPozin@colpipe.com> | Jeff Crisp <JCrisp@kleinfelder.com>; Andrew Fleming<AFleming@kleinfelder.com>; "Blackwood, Meg" <mblackwood@colpipe.com> | | | Cost estimate request at the direction of Counsel (29.4 KB) | Kleinfelder | | 7/21/2020 | 11:54:43 AM | 7/21/2020 | 11:54:47 AM | Attorney Work Product |
| KLEIN0007968 | Message | Donelson Construction Estimates | "Jeff Crisp" <JCrisp@kleinfelder.com> | "John Jordan" <JJordan@kleinfelder.com>; "Jake Huber" <JAHuber@kleinfelder.com>; "Seth Sanders" <SDSanders@Kleinfelder.com>; "John Norwood" <JNorwood@kleinfelder.com> | | | Donelson Construction Estimates (45.0 KB) | Kleinfelder | | 7/22/2020 | 12:52:18 PM | 7/22/2020 | 12:52:18 PM | Attorney Work Product |
| KLEIN0007969 | Message_Attachment | Cost estimate request at the direction of Counsel | "Pozin, Don" <DPozin@colpipe.com> | Jeff Crisp <JCrisp@kleinfelder.com>; Andrew Fleming<AFleming@kleinfelder.com>; "Blackwood, Meg" <mblackwood@colpipe.com> | | | Cost estimate request at the direction of Counsel (13.3 KB) | Kleinfelder | | 7/21/2020 | 11:54:43 AM | 7/21/2020 | 11:54:43 AM | Attorney Work Product |
| KLEIN0008035 | Message | RE: Cost estimate request at the direction of Counsel | "Andrew Fleming" <AFleming@kleinfelder.com> | "Blackwood, Meg" <mblackwood@colpipe.com>; "Pozin, Don" <DPozin@colpipe.com> | "Seth Sanders" <SDSanders@Kleinfelder.com>; "Jeff Crisp" <JCrisp@kleinfelder.com> | | Cost estimate request at the direction of Counsel (6.39 MB) | Kleinfelder | | 8/4/2020 | 6:28:29 PM | 8/4/2020 | 6:28:29 PM | Attorney Work Product |
| KLEIN0008081 | Message | RE: Cost estimate request at the direction of Counsel | "Andrew Fleming" <AFleming@kleinfelder.com> | "Blackwood, Meg" <mblackwood@colpipe.com>; "Pozin, Don" <DPozin@colpipe.com> | "Seth Sanders" <SDSanders@Kleinfelder.com>; "Jeff Crisp" <JCrisp@kleinfelder.com> | | Cost estimate request at the direction of Counsel (6.46 MB) | Kleinfelder | | 8/14/2020 | 5:08:49 PM | 8/14/2020 | 5:08:49 PM | Attorney Work Product |
| KLEIN0010028 | Message | MNAA Donelson Pike - Engineering Package Deliverables & A-Date Package Deliverables | "Jacobsen, Dan" <djacobsen@colpipe.com> | "Blackwood, Meg" <mblackwood@colpipe.com>; Andrew Fleming<AFleming@kleinfelder.com> | Jeff Crisp <JCrisp@kleinfelder.com>; "Jacobsen, Dan"<djacobsen@colpipe.com> | | MNAA Donelson Pike - Engineering Package Deliverables & A-Date Package D... (2.01 MB) | Kleinfelder | | 12/14/2019 | 5:04:53 PM | 12/14/2019 | 5:06:09 PM | Attorney Work Product;Attorney-Client Communication |
| KLEIN0010031 | Message | RE: MNAA Donelson Pike - Engineering Package Deliverables & A-Date Package Deliverables | "Jacobsen, Dan" <djacobsen@colpipe.com> | Andrew Fleming <AFleming@kleinfelder.com> | Jeff Crisp <JCrisp@kleinfelder.com>; "Jacobsen, Dan"<djacobsen@colpipe.com> | | MNAA Donelson Pike - Engineering Package Deliverables & A-Date Package ... (68.1 KB) | Kleinfelder | | 12/16/2019 | 4:22:38 AM | 12/16/2019 | 4:22:36 AM | Attorney Work Product |
| KLEIN0010034 | Message | RE: MNAA Donelson Pike - Engineering Package Deliverables & A-Date Package Deliverables | "Andrew Fleming" <AFleming@kleinfelder.com> | "Jacobsen, Dan" <djacobsen@colpipe.com> | "Jeff Crisp" <JCrisp@kleinfelder.com> | | MNAA Donelson Pike - Engineering Package Deliverables & A-Date Package ... (68.6 KB) | Kleinfelder | | 12/16/2019 | 8:33:10 AM | 12/16/2019 | 8:33:11 AM | Attorney Work Product |
| KLEIN0010737 | Message | RE: CPC Legal Request for Information - TN-MNAA/TDOT Donelson Pike | "Jacobsen, Dan" <djacobsen@colpipe.com> | Jeff Crisp <JCrisp@kleinfelder.com>; 'Andrew Fleming'<AFleming@kleinfelder.com>; Claudia Quezada <CQuezada@kleinfelder.com> | "Jacobsen, Dan" <djacobsen@colpipe.com> | | TDOT Donelson Pike (36.1 KB) | Kleinfelder | | 7/22/2019 | 4:12:22 PM | 7/22/2019 | 4:12:20 PM | Attorney Work Product |
| KLEIN0010738 | Message | FW: CPC Legal Request for Information - TN-MNAA/TDOT Donelson Pike | "Jeff Crisp" <JCrisp@kleinfelder.com> | "Andrew Fleming" <AFleming@kleinfelder.com> | | | TDOT Donelson Pike (59.5 KB) | Kleinfelder | | 7/23/2019 | 8:05:38 AM | 7/23/2019 | 8:05:39 AM | Attorney Work Product |
| KLEIN0010883 | Message | RE: CPC Legal Request for Information - TN-MNAA/TDOT Donelson Pike | Claudia Quezada <CQuezada@kleinfelder.com> | Jeff Crisp <JCrisp@kleinfelder.com>; Andrew Fleming<AFleming@kleinfelder.com> | Kourtney Woodard <KNWoodard@Kleinfelder.com> | | TDOT Donelson Pike (49.6 KB) | Kleinfelder | | 8/1/2019 | 9:41:21 AM | 8/1/2019 | 9:41:22 AM | Attorney Work Product |
| KLEIN0010889 | Message | RE: CPC Legal Request for Information - TN-MNAA/TDOT Donelson Pike | "Andrew Fleming" <AFleming@kleinfelder.com> | "Jacobsen, Dan" <djacobsen@colpipe.com> | "Jeff Crisp" <JCrisp@kleinfelder.com> | | TDOT Donelson Pike (30.2 KB) | Kleinfelder | | 8/1/2019 | 6:23:20 PM | 8/1/2019 | 6:23:21 PM | Attorney Work Product |
| KLEIN0010902 | Message | RE: CPC Legal Request for Information - TN-MNAA/TDOT Donelson Pike | "Jacobsen, Dan" <djacobsen@colpipe.com> | 'Andrew Fleming' <AFleming@kleinfelder.com> | Jeff Crisp <JCrisp@kleinfelder.com> | | TDOT Donelson Pike (49.1 KB) | Kleinfelder | | 8/5/2019 | 9:47:28 AM | 8/5/2019 | 9:47:26 AM | Attorney Work Product |
| KLEIN0013566 | Message | RE: Request for update on Agreement Template; Request for Credit Check and City Statutes. | "Tylinski, Jonathan" <JTylinsk@colpipe.com> | "Jacobsen, Dan" <djacobsen@colpipe.com>; "Miller, Clayton"<cmiller@colpipe.com>; "Almond, Carey (Trey)" <CAlmond@colpipe.com>; "Jeff Crisp" <JCrisp@kleinfelder.com>; "Mills, Kim" <KMills@colpipe.com>; "Emrick, Allison" <AEmrick@colpipe.com> | | | Request for update on Agreement Template; Request for Credit Check and.... (78.8 KB) | Kleinfelder | | 5/30/2018 | 9:51:19 AM | 5/30/2018 | 9:51:18 AM | Attorney-Client Communication |
| KLEIN0013567 | Message | RE: Request for update on Agreement Template; Request for Credit Check and City Statutes. | "Jacobsen, Dan" <djacobsen@colpipe.com> | "Tylinski, Jonathan" <JTylinsk@colpipe.com>; "Miller, Clayton"<cmiller@colpipe.com>; "Almond, Carey (Trey)" <CAlmond@colpipe.com>; "Jeff Crisp" <JCrisp@kleinfelder.com>; "Mills, Kim" <KMills@colpipe.com>; "Emrick, Allison" <AEmrick@colpipe.com> | | | Request for update on Agreement Template; Request for Credit Check and .... (149 KB) | Kleinfelder | | 5/30/2018 | 11:17:30 AM | 5/30/2018 | 11:17:29 AM | Attorney-Client Communication |