# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| COLONIAL PIPELINE COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **Case No. 3:20-cv-00666** |
| v. | ) | |
| | ) | Judge William L. Campbell, Jr. |
| METROPOLITAN NASHVILLE | ) | Magistrate Judge Alistair E. Newbern |
| AIRPORT AUTHORITY and | ) | JURY DEMAND |
| AECOM TECHNICAL SERVICES, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| METROPOLITAN NASHVILLE | ) | |
| AIRPORT AUTHORITY, | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 3:20-cv-00809** |
| | ) | |
| v. | ) | Judge William L. Campbell, Jr. |
| | ) | Magistrate Judge Alistair E. Newbern |
| COLONIAL PIPELINE COMPANY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## NOTICE OF FILING CALENDAR OF PROPOSED DEPOSITION DATES

In accordance with the Court's August 30, 2021 Orders in the above-captioned cases (3:20-cv-00666, Doc. No. 107; 3:20-cv-00809. Doc. No. 83), the parties submit the coordinated deposition calendar attached hereto as **Exhibit A.**

RESPECTFULLY SUBMITTED BY:

s/ *Jessalyn H. Zeilger*
Jessalyn H. Zeigler (BPR No. 16139)
Robert E. Cooper, Jr. (BPR No. 10934)
L. Wearen Hughes (BPR No. 5683)

Brian M. Dobbs (BPR No. 25855)
Bass, Berry & Sims PLC
150 3rd Ave. S., Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
jzeigler@bassberry.com
bob.cooper@bassberry.com
whughes@bassberry.com
bdobbs@bassberry.com

*Attorneys for Colonial Pipeline Company*

s/ *Paul S. Davidson with permission*
Paul S. Davidson (BPR No. 011789)
Edward Callaway (BPR No. 016016)
Michael C. Brett (BPR No. 037290)
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8942
Facsimile: (615) 244-6804
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

s/ *Caldwell G. Collins with permission*
Gary C. Shockley (BPR No. 10104)
Caldwell G. Collins (BPR No. 28452)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5704
Facsimile: (615) 744-5704
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for AECOM Technical Services, Inc.*

# CERTIFICATE OF SERVICE

      I certify that I filed this document electronically on September 10, 2021 using the Court's electronic case management system, which will send notice to:

Paul S. Davidson
Edward Callaway
Michael C. Brett
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

Gary C. Shockley
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street
Nashville, TN 37201
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for AECOM Technical Services, Inc.*

                                                s/ *Jessalyn H. Zeigler*