# EXHIBIT A

Depo Dates
9/10/2021

**MNAA/COLONIAL/AECOM PROPOSED DATES FOR DEPOSITIONS**

| AUGUST 2021 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | TH | F | SA |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30<br>D. Jacobsen Prep Day | 31<br>**Dan Jacobsen (Colonial) Atlanta for MNAA / Zoom for AECOM** | | | | |

1

Depo Dates
9/10/2021

| | | | SEPTEMBER 2021 | | | |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **TH** | **F** | **SA** |
| | *D. Jacobsen Prep Day* | *Dan Jacobsen (Colonial) Atlanta for MNAA / Zoom for AECOM* | 1<br>**Traci Holton (MNAA) Nashville** | 2 | 3<br>**David Gibbs (MNAA) Nashville** | 4 |
| 5 | 6<br>LABOR DAY | 7 | 8<br>**Shane Hester (TDOT) Nashville by Zoom** | 9<br>I. Rodrigues Prep Day | 10<br>**Igor Rodrigues (Colonial) Atlanta by Zoom** | 11 |
| 12 | 13<br>GS OUT THIS WEEK | 14 GS Out<br>**Frederick Miller Depo (TDOT) Nashville (CC has hard stop at 4:00)** | 15<br>GS, CC Out | 16<br>GS, CC, JZ Out | 17<br>GS, CC, JZ Out | 18 |
| 19 | 20<br>**Russell Shelton (TDOT) Nashville** | 21<br>GS Out | 22<br>**Jim Morinec AECOM Nashville** | 23 | 24<br>**Karen Hughes (TDOT) Knoxville** | 25 |
| 26 | 27<br>30(b)(6) **Kleinfelder Atlanta** One witness in person; one by Zoom | 28<br>GS Out | 29<br>**Cody Mitchell Depo (AECOM) Nashville** | 30<br>PD Out | | |

Depo Dates
9/10/2021

| S | M | T | W | TH | F | SA |
|---|---|---|---|---|---|---|
| | | | | | 1<br><br>Don Pozin Prep Atlanta | 2 |
| 3 | 4<br><br>**Don Pozin Depo Colonial Atlanta** | 5<br><br>GS, CC Out | 6<br><br>Jim Avioli Depo Prep | 7<br><br>**Jim Avioli Depo Colonial Texas** | 8<br><br>*Cody Crews /Gresham Depo (not confirmed with witness)* | 9 |
| 10 | 11<br><br>Prep Chris White (Baton Rouge) | 12<br><br>**Chris White Depo (Baton Rouge)** | 13<br><br>**David Schilling/Atkins 30(b)(6) Depo** | 14<br><br>JZ Out | 15<br><br>JZ Out | 16 |
| 17 | 18<br><br>CC out | 19<br><br>CC and GS out<br><br>Perry Sisk Prep By Zoom | 20<br><br>**Perry Sisk Depo (Colonial) By Zoom** | 21<br><br>CC out<br><br>Olay Depo Prep | 22<br><br>**Olay Saysanavong Depo (Colonial) Atlanta** | 23 |
| 24<br><br>Kevin Raley Depo Prep | 25<br><br>**BMD Out**<br>**Kevin Raley Depo (Colonial) Atlanta** | 26<br><br>*Carla Pinckney Depo Prep* | 27<br><br>*Carla Pinckney (former Colonial) Atlanta (not confirmed with witness – will need to subpoena)* | 28<br><br>CC Out<br>**Ken Whatley (MNAA) White House or driver** | 29<br><br>CC Out<br>**Michael Fulghum Depo (MNAA) Nashville** | 30 |

**OCTOBER 2021**

3

Depo Dates
9/10/2021

| S | M | T | W | TH | F | SA |
|---|---|---|---|---|---|---|
|  | **NOVEMBER 2021** | | | | | |
|  | 1<br>CC out<br><br>Donald Strickland (Tuscaloosa) (he has to work that night) | 2<br>MNAA 30(b)(6)<br>Nashville | 3<br>MNAA 30(b)(6)<br><br>Nashville | 4<br>JZ Out | 5<br>CC out, JZ Out | 6 |
| 7 | 8<br>Colonial 30(b)(6)<br>Atlanta | 9<br>Colonial 30(b)(6)<br>Atlanta | 10 | 11<br>AECOM 30(b)(6)<br>Nashville | 12<br>Todd McFarland<br>Wood Envl<br>Nashville | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

4