UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY, | |
| Plaintiff, | Case No. 3:20-cv-00666 |
| v. | Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |
| METROPOLITAN NASHVILLE AIRPORT AUTHORITY, et al., | |
| Defendants. | |

## ORDER

Plaintiff Colonial Pipeline Co. has submitted a number of documents for the Magistrate Judge's *in camera* review to determine if its claim of attorney-client or work-product privilege over those documents was properly asserted. The Magistrate Judge has reviewed all of the submitted documents and finds that they are properly withheld from production as privileged or have been appropriately redacted for production.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge