# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **COLONIAL PIPELINE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:20-CV-00666** |
| **v.** | ) | |
| | ) | **Judge William L. Campbell, Jr.** |
| **METROPOLITAN NASHVILLE** | ) | **Magistrate Judge Alistair E. Newbern** |
| **AIRPORT AUTHORITY and AECOM** | ) | **JURY TRIAL DEMANDED** |
| **TECHNICAL SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **METROPOLITAN NASHVILLE** | ) | |
| **AIRPORT AUTHORITY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:20-CV-00809** |
| **v.** | ) | |
| | ) | **Judge William L. Campbell, Jr.** |
| **COLONIAL PIPELINE COMPANY,** | ) | **Magistrate Judge Alistair E. Newbern** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO HOLD DEADLINES IN ABEYANCE

Colonial Pipeline Company, Metropolitan Nashville Airport Authority, and AECOM Technical Services, Inc., jointly submit this Notice of Settlement and Motion to Hold Deadlines in Abeyance. The parties have agreed to a settlement term sheet in above-referenced matters and are drafting a final settlement agreement. The parties expect to finalize and execute the settlement agreement no later than Friday, November 26, 2021. Accordingly, the parties request that rulings on all pending motions and all deadlines in the above-referenced matters be held in abeyance

1

effective Thursday November 11, 2021 through Monday, November 29, 2021, on which date the parties expect to be able to submit the necessary filings to dismiss this action.

Respectfully submitted, this 12th day of November, 2021.

/s/ Paul S. Davidson
Paul S. Davidson (Tenn. BPR No. 011789)
Edward Callaway (Tenn. BPR No. 016016)
Michael C. Brett (Tenn. BPR No. 037290)
Danielle N. Johns (Tenn. BPR No. 036064)
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 850-8942
Facsimile: (615) 244-6804
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com
danielle.johns@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

/s/ Jessalyn H. Zeigler
Jessalyn H. Zeigler (BPR No. 16139)
Robert E. Cooper, Jr. (BPR No. 10934)
L. Wearen Hughes (BPR No. 5683)
Brian M. Dobbs (BPR No. 25855)
Sarah B. Miller (BPR No. 033441)
Bass, Berry & Sims PLC
150 3rd Ave. S., Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
jzeigler@bassberry.com
bob.cooper@bassberry.com
whughes@bassberry.com
bdobbs@bassberry.com
smiller@bassberry.com

2

*/s/ Gary C. Shockley*
Gary C. Shockley (BPR No. 10104)
Caldwell G. Collins (BPR No. 28452)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
211 Commerce St., Suite 800
Nashville, TN 37201
(615) 726-5600
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for AECOM Technical Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, this document was filed using the Court's electronic case management system which will send notice to:

Paul S. Davidson
Edward Callaway
Danielle Johns
Michael C. Brett
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
danielle.johns@wallerlaw.com
mike.brett@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

Gary C. Shockley
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce St., Suite 800
Nashville, TN 37201
(615) 726-5600
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for AECOM Technical Services, Inc.*

/s/ Jessalyn H. Zeigler