# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **COLONIAL PIPELINE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**METROPOLITAN NASHVILLE** )<br>**AIRPORT AUTHORITY and AECOM** )<br>**TECHNICAL SERVICES, INC.,** )<br>)<br>**Defendants.** )<br>) | **Case No. 3:20-CV-00666**<br><br>**Judge William L. Campbell, Jr.**<br>**Magistrate Judge Alistair E. Newbern**<br>**JURY TRIAL DEMANDED** |
| **METROPOLITAN NASHVILLE** )<br>**AIRPORT AUTHORITY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**COLONIAL PIPELINE COMPANY,** )<br>)<br>**Defendants.** )<br>) | **Case No. 3:20-CV-00809**<br><br>**Judge William L. Campbell, Jr.**<br>**Magistrate Judge Alistair E. Newbern** |

## JOINT STATUS REPORT ON SETTLEMENT AND MOTION TO FURTHER HOLD DEADLINES IN ABEYANCE

Colonial Pipeline Company, Metropolitan Nashville Airport Authority, and AECOM Technical Services, Inc., jointly submit this Status Report on Settlement and Motion to Further Hold Deadlines in Abeyance.

The parties have been diligently involved in negotiating and drafting a final settlement agreement. The parties anticipate filing Joint Stipulations of Dismissal of the Line Strike Lawsuit and Relocation Lawsuit immediately after: (1) the settlement agreement has been fully negotiated and executed by the parties and the Tennessee Department of Transportation ("TDOT"); (2) a

1

related Consent Order by the Tennessee Department of Environment and Conservation has become final and enforceable; and (3) Colonial and TDOT have executed a utility relocation contract. While the parties seek to consummate the settlement as soon as possible, all of these actions require review and approval by multiple state agencies and officials outside of the parties' control, as well as internal review and approvals.

The parties respectfully request that rulings on all pending motions and all deadlines in the above-referenced matters continue to be held in abeyance through the effective date of the settlement agreement, at which time the parties will submit the necessary filings to dismiss these cases. The parties further request this Court schedule a status conference on or about December 15, 2021, at which the parties will report on progress toward finalization of the settlement documentation.

Respectfully submitted, this 2nd day of December, 2021.

/s/ Paul S. Davidson
Paul S. Davidson (Tenn. BPR No. 011789)
Edward Callaway (Tenn. BPR No. 016016)
Michael C. Brett (Tenn. BPR No. 037290)
Danielle N. Johns (Tenn. BPR No. 036064)
Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 850-8942
Facsimile: (615) 244-6804
paul.davidson@wallerlaw.com
ed.callaway@wallerlaw.com
mike.brett@wallerlaw.com
danielle.johns@wallerlaw.com

*Attorneys for Metropolitan Nashville Airport Authority*

        */s/ Jessalyn H. Zeigler*
        Jessalyn H. Zeigler (BPR No. 16139)
        Robert E. Cooper, Jr. (BPR No. 10934)
        Brian M. Dobbs (BPR No. 25855)
        Sarah B. Miller (BPR No. 033441)
        Bass, Berry & Sims PLC
        150 3rd Ave. S., Suite 2800
        Nashville, TN 37201
        Telephone: (615) 742-6200
        Facsimile: (615) 742-6293
        jzeigler@bassberry.com
        bob.cooper@bassberry.com
        whughes@bassberry.com
        bdobbs@bassberry.com
        smiller@bassberry.com

        *Attorneys for Colonial Pipeline Company*


        */s/ Gary C. Shockley*
        Gary C. Shockley (BPR No. 10104)
        Caldwell G. Collins (BPR No. 28452)
        Baker, Donelson, Bearman,
        Caldwell & Berkowitz, PC
        211 Commerce St., Suite 800
        Nashville, TN 37201
        (615) 726-5600
        gshockley@bakerdonelson.com
        cacollins@bakerdonelson.com

        *Attorneys for AECOM Technical Services, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 2, 2021, this document was filed using the Court's electronic case management system which will send notice to:

    Paul S. Davidson
    Edward Callaway
    Danielle Johns
    Michael C. Brett
    Waller Lansden Dortch & Davis LLP
    511 Union Street, Suite 2700
    Nashville, Tennessee 37219
    paul.davidson@wallerlaw.com
    ed.callaway@wallerlaw.com
    danielle.johns@wallerlaw.com
    mike.brett@wallerlaw.com

    *Attorneys for Metropolitan Nashville Airport Authority*

    Gary C. Shockley
    Caldwell G. Collins
    Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
    211 Commerce St., Suite 800
    Nashville, TN 37201
    (615) 726-5600
    gshockley@bakerdonelson.com
    cacollins@bakerdonelson.com

    *Attorneys for AECOM Technical Services, Inc.*

                                             */s/ Jessalyn H. Zeigler*